CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 15 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

AO 245H    (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
           Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| YANIV L. SCHULMAN | CASE NUMBER: DVAW308PO000086-001 |
| | CASE NUMBER: |
| | USM NUMBER: |

Waived
Defendant's Attorney

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.2 Incorp. (VA 46.2-613) | Tags from another vehicle | 5/14/08 | 1 |

☒ Count(s) ____One____ is dismissed on the motion of the United States pursuant to Rule 48(a).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Fine** | **Processing Fee** |
|---|---|---|
| **Total:** $ | $ | $ |

Defendant's Soc. Sec. No.: 4998

Defendant's Date of Birth: 1984

Defendant's Residence Address:
New York, NY 10009

Defendant's Mailing Address:
New York, NY 10009

9/11/08
Date of Imposition of Judgment

Signature of Judge

B. Waugh Crigler, United States Magistrate Judge
Name and Title of Judge

9/15/08
Date